Case No **1:12-cr-00082-M-LDA**

*FILED*

### district Court of record for the United States of America
### Inferior Court of the supreme Court

*2012 SEP -4 A 11: 36*

#### Per the Constitution for the United States of America Article III. Section 1.
#### Also known as UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT RHODE ISLAND

**To:**   **David A. DiMarzio** Court of Record Clerk    7011 3500 0002 1817 6826

c/o district Court of record for the United States of America, One Exchange Terrace, Providence, Rhode Island and Providence Plantations, [02903]

**To:**   **PETER F. NERONHA, SANDRA R. HEBERT, STEPHEN G. DAMBRUCH,** and **KENNETH P. MADDEN**

c/o The United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island and Providence Plantations, [02903]

**From:** Billie-Russell: Schofield
Post Office Box 1210
West Warwick, Rhode Island [02893]                    Case No **1:12-cr-00082-M-LDA**

## DEMAND FOR NOTICE OF APPEARANCE

### SUBJECT: Demand for United States Attorney's Notice of Appearance

1. For the Record Freeman Billie-Russell of the family Schofield hereby claims his Right to file and present this DEMAND FOR NOTICE OF APPEARANCE under the common law doctrine of estoppel by acquiescence which is applied when one party gives lawful notice to a second party of a fact or claim, and the second party fails to challenge or refute that claim within a reasonable time. The second party is said to have acquiesced to the claim, and is estopped from later challenging it, or making a counterclaim; therefore all men/women related to this matter have only 21 days to challenge each point in this DEMAND FOR NOTICE OF APPEARANCE.

2. Let the Record show that per *"LR Gen 206 APPEARANCES AND WITHDRAWALS (b) Appearance. The filing of a written entry of appearance or any other document signed on behalf of a party constitutes an entry of appearance for that party."* no Notice of Appearance from any Attorney opposing BILLIE R. SCHOFIELD appears in this matter in the Court Clerk's File or in any paper presented to Freeman Billie-Russell of the family Schofield or BILLIE R. SCHOFIELD.

3. Let the Record show that no document has been filed on behalf of any party to constitute appearance per *"LR Gen 206 APPEARANCES AND WITHDRAWALS (b) Appearance. The filing of a written entry of appearance <u>or any other document signed on behalf of a party constitutes an entry of appearance for that party</u>."*

4. Let the Record show that because no one has appeared in this matter as Plaintiff, this matter is without cause or matter for this Court or any Court's Jurisdiction.

5. Let the Record show that Freeman Billie-Russell of the family Schofield is hereby exercising his Right to cause the Clerk for this Court and the Magistrate to dismiss this case with prejudice at the conclusion of the Twenty-one days hereby granted to the United States Attorneys so they can produce the Notice of Appearance.

6. Let the Record show that Freeman Billie-Russell of the family Schofield will move this Court Clerk and Court to dismiss this matter No 1:12-cr-00082-M-LDA with prejudice if a Notice of Appearance is not filed within Twenty-one days of service of this Demand upon PETER F. NERONHA, SANDRA R. HERBERT, STEPHEN G. DAMBRUCH and KENNETH P. MADDEN at their place of business.

Respectfully entered into the Record

By: _____

Freeman Billie-Russell of the family Schofield

**Notary Stamp and Information:**

*Rhode Island state, County Kent,*

*Sworn to (or affirmed) and subscribed before me this Thirty First  day of August, 2012, A.D.*

My commission expires on ___MY COMMISSION EXPIRES 8/9/15___

_____  8-31-12

**Notary Name**