| AO 435 (Rev. 03/08) | Administrative Office of the United States Courts  **TRANSCRIPT ORDER** | FOR COURT USE ONLY |
|---|---|---|
| *Please Read Instructions:* | | DUE DATE: |

| 1. NAME  Billie-Russell of the Family Schofield | 2. PHONE NUMBER  (508) 287-3880 | 3. DATE  9/5/2012 | |
|---|---|---|---|
| 4. MAILING ADDRESS  Post Office Box 1210 | 5. CITY  West Warwick | 6. STATE  Rhode Island | 7. ZIP CODE  02893 |
| 8. CASE NUMBER  1:12-cr-00082-M-LDA | 9. JUDGE  Magistrate Lincoln D. Almond | DATES OF PROCEEDINGS | |
| | | 10. FROM 8/23/2012 | 11. TO 8/23/2012 |
| 12. CASE NAME  UNITED STATES OF AMERICA v BILLIE R. SCHOFIELD | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Providence | 14. STATE Rhode Island |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | Hearing on 8/23/2012 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | CERTIFICATION (18. & 19.)  By signing below, I certify that I will pay all charges  (deposit plus additional). | | | ESTIMATE TOTAL | 0.00 |

| 18. SIGNATURE  Billie-Russell: Schofield | PROCESSED BY |
|---|---|
| 19. DATE  9/4/2012 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY