**Affirmation to the sovran people on this land known as North America and all fifty united states**
(to be made public record)

FILED 2012 SEP 27 A 10: 26
U.S. DISTRICT COURT

1: I am Freeman Billie-Russell of the Family Schofield born out of the jurisdiction of the United States and living peacefully on the free land known as North America and all fifty united states, who is subject only to God, became a sovran man upon God's Earth with his first breath on First day of October, of the year One Thousand Nine Hundred and Fifty Five, A.D.

2: I Freeman Billie-Russell of the Family Schofield am not in nor am I of The United States.

3: I Freeman Billie-Russell of the Family Schofield do hereby declare and affirm that I've never knowingly agreed to be a United States subject or a United States Constitutional 14th Amendment citizen or a United States Statutory citizen or any type of Legal citizen.

4: I Freeman Billie-Russell of the Family Schofield hereby declare and affirm that I am one of the people/free-men with all his Rights on this land known as North America and who affirms his duty to protect the unalienable Rights of the people/freemen.



*"When in the Course of human events it becomes necessary for one people to dissolve the political bands which have connected them with another and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation. We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness."*

**Reasons for disassociating with this Corporate State known as the United States and all its subject corporations known as State Governments, County Government and City Governments:**

5: The United States is not what we've been taught in the corporate licensed schools. The United States is simply a business corporation. All United States Statutory Law is carried out under color of law. The United States Corporation's purpose is to extort the free people in these united states of America and the world. The United States Corporation extorts the free people through the use of fictional entities known as citizens/franchisees who are given names in all CAPITAL LETTERS and employee numbers, SSN. The United States governing corporations do not operate by any constitution, instead they operate by force, propaganda, intimidation, and misinformation and through unlawful Legal Courts, not people's common law courts. The United States and those working for it are only free to continue their domestic terrorism on the free people because the people are blind to the truth of what this Great Union is supposed to be and is not. When enough people educate themselves on the truth, those in the current governing corporations will be tried by a common law jury of people, not citizens. The Corporate Governments of the United States, of the States and of the Municipalities are truly governments by consent, but consent obtained through coercion, threats of imprisonment, injury or death at the hands of the Law Enforcers. The citizens/employees/servants must start behaving like the real people they are.

*The right to swing my fist ends where the other man's nose begins."*
*- attributed to Oliver Wendell Holmes, Jr.*
American jurist who served as an Associate Justice of the Supreme Court of the United States from 1902 to 1932.

*I therefor, in order to retain my Rights, cease State extortion, do what is right for myself, my family and the people/freemen and this land which I love,*
*I voluntarily make this Affirmation*

6: I Billie-Russell of the Family Schofield do hereby declare to uphold and stand by:
The common law, the people's unalienable rights, The Magna Carta of 1215, the *IN CONGRESS, JULY 4, Affirmation to the sovran people on this land known as North America*


A True Copy Attest: Nancy L. Mello, Town Clerk

1

*1776 The unanimous Declaration of the thirteen united States of America*, the resulting Republic known as the united States of America, the people's first constitution the *Articles of Confederation and perpetual Union Between the States* and the *People's Constitution ordained for the governing of the United States.*

7: As a sovran people/freeman, I further affirm and lay lawful claim over my person and the names BILLIE RUSSELL SCHOFIELD and BILLIE R. SCHOFIELD and BILLIE SCHOFIELD. Let it be clear that anyone or anything using these persons or names without my written consent is in fact committing fraud.

8: As a sovran people/freeman, I further affirm that I am the Sovereign over myself.

9: As a sovran people/freeman, I further affirm that I shall be ready and armed to the best of my ability with knowledge and any other necessary hardware, so I can protect myself, my family and the free people's natural Rights from foreign and domestic enemies alike.

10: Let it be known that any court on this land known as North America or any court within the United States must honor this Affirmation to the sovran people on this land known as North America by empaneling a common law jury of our peers, composed of sovran people sworn to uphold the Rights of the people who inhabit this land known as North America, whenever wished by a people/freeman. A Judge, who only has jurisdiction over a legal-person/US-citizen, may only rule in favor of the sovran man/woman/freeman/people and against the corporate agent/employee, otherwise only the twelve freeman common law jury can be the tribunal to rule and pass judgment.




11: Let it be known that my life is worth at least my body's weight in Gold and that anyone involved in the theft of my life is robbing me and my family of this wealth and is therefore obligated to repay such wealth to my family or my heirs or my descendants upon demand. If such gold payment cannot be made, then the life of the culprit or culprits will be accepted as payment.

12: Let it be known that each and every person, citizen, man or woman who detains me or detains any member of my family or attempts to establish sovereignty over any of us, without my or our expressed written consent is in violation of my or our Rights or the people's Rights.

13: Let it be known and understood that no corporation, which is a fictional United States entity, can have any authority or right which is equal or greater than that of the people. Every corporation operating in this free state is therefor only entitled to serve the interest of the free people and can only lawfully provide a product or service for the true cost of the product or service, and such cost cannot include a profit, tax, fee, or extortion of any kind.

14: Any legal-person, corporate-agent, man or woman regardless of their capacity or facade who violates, attempts to violate any of my Rights or detains or imprisons or puts in jail or attempts to establish jurisdiction or exceeds their jurisdiction or violates any of our Rights or violates my Rights or violates my Family's Rights or violates any part contained in this Affirmation to the sovran people on this land known as North America or violates the free people's Rights is hereby contracted personally to me, my Family, my heirs and my descendants according to the following fee schedule:

### FEE SCHEDULE FOR BASIC TRESPASS TO BE CONSIDERED BY A LAWFUL JURY OF THE PEOPLE/FREEMEN.
### COUNSEL FEES AND OTHER REMEDIES NOT INCLUDED:

15: A- One troy ounce of .999 pure gold per hour for any of my time consumed in detention, imprisonment or attempts by any Law Officer/Judge/Magistrate/corporate-agent to establish jurisdiction upon myself or my Family without my expressed written consent.

16: B- One troy ounce of .999 pure gold per (or its $ equivalent) hour for violating any of my unalienable Rights or any of my Family's unalienable Rights under any and all circumstances by any Law-Officer/Judge/Magistrate/corporate-agent/citizen.

17: C- One troy ounce of .999 pure gold (or its $ equivalent) per stop initiated by any Law-Officer/Judge/Magistrate/corporate-agent/citizen.

18: D-10 troy ounces of .999 pure gold (or its $ equivalent) per coerced act of fraud.

19: E- My body's weight in .999 pure gold (or its $ equivalent) for the taking of my Life.



A True Copy
Attest:
Nancy L. Mello, Town Clerk

*Affirmation to the sovran people on this land known as North America*

2

DOC: 00002760
Bk: 1415 Pg: 39

As a peaceful man desiring to avoid conflict and live lawfully, not legally, with all my freedom, I am hereby providing you with this Affirmation to the sovran people on this land known as North America, as a courtesy and as a gesture of peace.

20: ** Affected parties wishing to dispute the truth made herein or make their own sovereign claims upon me or my family must respond within Twenty-one (21) days of service of notice of this action and request a court of record to empanel a common law jury of twelve (12) sovrans to hear their claim against me; all Responses must be signed and witnessed no later than Twenty-one (21) days from the date of original service as attested to by way of certificate of service. Failure to notify me and register a dispute against this Affirmation to the sovran people on this land known as North America, made herein will always result in an automatic default judgment and permanent and irrevocable estoppel by acquiescence barring the bringing of charges under any Statute, Regulation or Act against My Self or against my Family **



21: **Definition of a sovran-man/woman/people/freeman:** One not under legal restraint. A freeman/people who is in the enjoyment of the right to do whatever he pleases, not forbidden by natural law. One in possession of his/her unalienable Rights, self-governing, independent, a sovereign state, allied with the sovran people on the land, sovereign over his/her family and subject only to God.

22: **Definition of a people/freemen/freeman:** One not under legal restraint. One or more men/women who are in the enjoyment of the right to do whatever he/they pleases/please, not forbidden by natural law. One in possession of his/her unalienable Rights, self-governing, independent, a sovereign-state, allied with the sovereign people on the land, living out of the jurisdiction of the United States, one sovereign over his/her family and subject only to God.

23: **Definition of inhabitant:** A freeman/people, freemen/people, one not under legal restraint who lives on the land known as North America and who was born out of the jurisdiction of the United States.

24: **Definition of state:** One of the fifty independent states which make up the Union known as the united states of America, inhabited by the sovran people/freemen. A land out of the jurisdiction of the United States Corporation and out of any corporation legal restraint.

As a courtesy to you I am including some basic facts about the fraud on the people

In the Constitution for the United States we find the Amendment 14: Amendment 14 - Citizenship Rights. Ratified 7/9/1868.

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.



*(The free people in the states have been tricked into agreeing to be a 14th Amendment citizen and statutory citizen, which is in fact a freed slave or legal property of the United States Corporation and who is identified by his/her all CAPITALISED NAME).*

*Affirmation to the sovran people on this land known as North America*

DOC: 00002760
Bk: 1415 Pg: 40



## State of Rhode Island and Providence Plantations
### A. Ralph Mollis
*Secretary of State*

**September 18, 2012**

***United States of America***

I HEREBY CERTIFY that **Christine Ayotte**, whose name is subscribed to the certificate of proof or acknowledgment of the annexed instrument, was at the time of taking such proof or acknowledgment, a Notary Public in and for the State of Rhode Island, and as such, authorized by law to administer oaths, to take depositions and the acknowledgment of deeds, or conveyances for lands, tenements or hereditaments in the said State, and the acknowledgment of other instruments; that he/she is duly commissioned as appears of record, and engaged; that I am well acquainted with his/her handwriting, and I furthermore believe that his/her signature to the said certificate of proof or acknowledgment is genuine.

His/Her commission expires **August 9, 2015.**

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed the Seal of the State, the day and year first above written.

*Maureen E. Ewing*

*Maureen Ewing*
*Acting Deputy Secretary of State*



A True Copy
Attest:

*Nancy L. Mello*, Town Clerk

DOC: 00002760
Bk: 1415 Pg: 41

In the Constitution for the United States we find the **Amendment 9- Unenumerated Rights. Ratified December 15, 1791.**

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

*(It is obvious that if no rights or Rights were denied or disparaged from the people in the Ninth Amendment, then it should be obvious that no Statute or Code can deny or disparage any rights retained by the people, unless a people gives such consent, for the record I do not give such consent.)*

Because of the fact that not one of the United States Legal Laws are lawful, it would be unlawful to quote any of these corporate codes in this lawful paper. One can only do what is right, and pray to the creator of men, that those blinded by the veil of corruption can take time to research the truth stated in this paper and follow their hearts to do that which is right. I am but one freeman, one enlightened drop in a sea of deception, one freeman with no power of force, with no power of numbers, but armed only with power of truth. All those men who will willingly take unlawful actions against this freeman, my defenseless woman and children will some day have their women and children struck by the same unlawful sword they cultivate and sharpen.

*A free people, Sovran Billie-Russell of the family Schofield, along with those brave men who spilled their blood to protect our freedom, I too pledge along with them my life, my fortune and my sacred honor.*

Notarized signature:

By: _____



A True Copy
Attest
Nancy L. Mello, Town Clerk

Billie-Russell: Schofield
Post Office Box 1210
West Warwick, Rhode Island and Providence Plantations, zip [02893]



(Pictured are Billie-Russell: Schofield and his fiancée)

Notary Stamp and Information:

In the State of Rhode Island    )
and Providence Plantations      ) ss
                                )
County of Kent                  )

I swear that on this 7th day of August, Two Thousand Twelve, A.D., the above named Affiant, Billie-Russell Schofield appeared before me, and of his own free will, signed this Affirmation.

_____
Notary Public

My Commission Expires: **MY COMMISSION EXPIRES 8/9/15**

RECEIVED FOR RECORD
Tiverton, R.I.
NANCY L. MELLO TOWN CLERK
Sep 24, 2012 12:36P

*Affirmation to the sovran people on this land known as North America*

4

# PROOF OF SERVICE

*Select one:*

[X] I declare that I am over the age of eighteen (18) years and not a party to this action.
Witness 1:
My name is: SIMOUANG THOUNSAVATH
My address is: 374 POTTSIS AVE PROVIDENCE R.I. 02907
Witness 2:
My name is: NATHAN PATENAUDE
My address is: 18 ETTEL STREET WEST WARWICK RI 02893

Check one:
[ ] **PERSONAL DELIVERY**. On _____, We served the documents listed below to _____ by hand delivering a true copy to the address as follows:
    Court of Record Clerk, David A. Dimarzio
    district Court of Record for the United States of America
    inferior Court of the supreme Court
    Also known as the UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF RHODE ISLAND
    One Exchange Terrace
    Providence, Rhode Island and Providence Plantations, [02903]

[✓] **PERSONAL DELIVERY**. On 9/25/12, We served the documents listed below to FRONT DESK by hand delivering a true copy to the address as follows:
    ✓ Sandra R. Hebert, Assistant US Attorney
    ✓ Stephen G. Dambruch, Assistant US Attorney
    ✓ Kenneth P. Madden, Assitant US Attorney
    ✓ Peter F. Neronha, US District Attorney
    United States Attorney's Office - District of Rhode Island
    50 Kennedy Plaza, 8th Floor
    Providence, Rhode Island and Providence Plantations, [02903]

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on ~~August~~ 9/25, 2012, A.D. at Providence, Rhode Island and Providence Plantations [02903].

Simouang Thounsavath                    [signature]
Typed name-Witness 1                    Signature

Nathan Patenaude                        [signature]
Typed name-Witness 2                    Signature

Attachments:
[✓] Copy of Affirmation Filed with Tiverton RI Town Clerk.
[✓] Notice of Dismissal
[✓] Subpoena Duce Tecum

GENTLEMAN W/ SUIT & TIE FROM INSIDE OFFICE REFUSED TO IDENTIFY HIMSELF.