**AFFIDAVIT OF FACTS**

To: David A. DiMarzio Court of Record Clerk
c/o district Court of record for the United States of America,
One Exchange Terrace, Providence, Rhode Island and
Providence Plantations, [02903]

To: PETER F. NERONHA, SANDRA R. HEBERT, KENNETH P.
MADDEN and STEPHEN G. DAMBRUCH
c/o The United States Attorney's Office, 50 Kennedy Plaza, 8th
floor, Providence, Rhode Island and Providence Plantations,
[02903]

From: Freeman Billie-Russell: of the Family Schofield
Post Office Box 1210
West Warwick, Rhode Island [02893]

Matter No 1:12-cr-00082-M-LDA

Subject: NOTICE OF AFFIDAVIT OF FACTS

# NOTICE
# AFFIDAVIT OF FACTS

1. For the Record on September 28th, 2012 at about 9:15am, Simouang Thounsavath hereby referred to as Witness and Billie-Russell of the family Schofield were sitting on bench outside court room 3 of the Federal district Court of Record located at One Exchange Terrace in Providence, Rhode Island and Providence Plantations when:

   a. two (2) male persons in suits, later identified as Robert Charette and Brenton Moore approached Billie-Russell: of the family Schofield and Witness and asked if Billie-Russell of the family Schofield "Are you Mr. SCHOFIELD?"

   b. Billie-Russell of the family Schofield was a bit confused and seemed baffled and did not answer their question. Again the question was asked by Robert Charette, "Are you Mr. SCHOFIELD?" Billie-Russell of the family Schofield answered "Yes, I am Billie-Russell: of the family Schofield".

   c. At that moment Robert Charette, the shorter man was doing all the asking and interaction with Billie-Russell of the family

**AFFIDAVIT OF FACTS**

    Schofield and Witness. He stated "We are with the US Marshall's Office" and asked "Are there going to be any problems today?"

d. Billie-Russell of the family Schofield then asked "What do you mean if there is going to be a problem?" Robert Charette then said that "yesterday you were not very cooperative when asked to sit down by the Judge".

e. Again Robert Charette, proceeded to state "You need to show respect to the court today and that if the judge asks you to sit down you must comply with the request from the judge".

f. Billie-Russell of the family Schofield proceeded to explain " I am not here to disrespect the court or judge but I will be exercising my rights". Robert Charette then said " You must comply with all requests from the judge gives, this can be done the easy way or the hard way".

g. The second US Marshall, Brenton Moore repeated what Robert Charette stated, said " You must comply with all requests from the judge gives, this can be done the easy way or the hard way"

h. At approximately 10:30am Witness and Billie-Russell: of the Family Schofield proceeded to enter the Court Room. Billie-Russell: of the Family Schofield proceeded to sit in the front row of the gallery.

i. At some point Honorable John J McConnell Jr. entered the Court Room and Billie-Russell: of the Family Schofield was instructed by Honorable John J McConnell Jr. to the table normally assigned to Defendants.

j. While Billie-Russell: of the Family Schofield was busy reviewing his papers, the two Marshalls, Robert Charette and Brenton Moore entered the Court Room and moved into what appeared to be a pre-planned position just behind Billie-Russell: of the Family Schofield, about four (4) feet.

k. The act of the two Marshall seemed inappropriate and intimidating, especially considering the fact that they had just

**AFFIDAVIT OF FACTS**

attempted to intimidate Billie-Russell: of the Family Schofield outside the Court.

l. The hearing lasted about twenty minutes. The two Marshalls were behind Billie-Russell: of the Family Schofield the whole time. Billie-Russell: of the Family Schofield, later after the hearing, related to me "I felt very intimidated by those two Marshalls, I tried to ignore their presence, but I could not help being made nervous by their close proximity to my table". We then exited the Court Building at about 9:48 am

In Truth and Honor

Respectfully entered into the Record in this Court of Record

By: *[signature]*

Simouang Thounsavath

**Notary Stamp and Information:**

Rhode Island, County Providence

Sworn to (or affirmed) and subscribed before me

this 15th day of OCTOBER, 2012

My commission expires on NOVEMBER 16, 2012

ANGELA J HARRIS
Public Notary Name

*[signature]* Angela J. Harris
Public Notary signature

ANGELA J. HARRIS
Notary Public of Rhode Island
My Commission Expires 11/16/2012