AO 442 (Rev. 11/11) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island



| | | |
|---|---|---|
| United States of America<br>v.<br>Billie Lee Schofield<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.  1:12-CR-00082-01M |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   BILLE LEE SCHOFIELD,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Bail Violation


Date:  11/15/2012

*Issuing officer's signature*

City and state:  Providence, RI                      Barbara L. Barletta
*Printed name and title*

### Return

This warrant was received on *(date)* 11/15/2012, and the person was arrested on *(date)* 11/15/2012
at *(city and state)* Providence, RI

Date: 11/15/2012

*Arresting officer's signature*

Joseph Murphy, DUSM
*Printed name and title*