July 24, 2013

<u>Via First Class Mail</u>

David A. DiMarzio, Clerk, United States District Court
Barbara Barletta, Deputy Clerk
Office of the Clerk, United States District Court,
 District of Rhode Island
One Exchange Terrace
Providence, Rhode Island  02903

FILED
2013 JUL 29  P 3: 43
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Re:   NOTICE AND DEMAND FOR HEARING
Case:  1:12-CR-00082M

## DEMAND FOR HEARING

David and Barbara,

Please be advised that this is <u>my second</u> demand for a hearing on the recently filed Notice of Writ of Execution.

I hereby demand, as per my previously filed request of June 27, 2013, a hearing on the matter above to be made within the next five (5) days.

Kindly notify me via email or phone as to the date and time of the hearing.

Sincerely yours,

By: Billie-Russell: Schofield

Billie-Russell: Schofield
4 Fish Island
New Bedford, Massachusetts, [02740]
Phone: 508-287-3880
email: rifishman@jumpmail.co

cc:   United States Attorneys Office, Attn: Mary Rogers
      50 Kennedy Plaza, 8th Floor
      Providence, Rhode Island 02903